ISHEE, J.,
specially concurring:
¶ 20. While I agree with the majority’s decision regarding attorneys’ fees, I must speak out with respect to the jurisdictional issue. I acknowledge that the law cited by the majority is valid and applicable. Nonetheless, I find that in the interests of justice the law on point should be amended. When timely notice is not given due to failure of the clerk to provide such notice, and through no fault of the attorneys or parties, there should be an avenue by which jurisdiction is conferred upon an appellate court for review of the case. The law, such as it is, invites abuse of the appellate process. As such, I concur with the majority’s dismissal of the action as an accurate statement of the law, but find major fault with the law as it is currently written.
LEE, C.J., AND JAMES, J., JOIN THIS OPINION.